IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANTOINE EUGENE HARRIS**,

    Plaintiff,

v.                                                                                             Civil Action No. **3:23CV344 (RCY)**

**NURSE MARTIN,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 15, 2023, the Court conditionally docketed Plaintiff's action.[1]  On July 17, 2023, the United States Postal Service returned the June Memorandum Order to the Court marked, "RETURN TO SENDER," and "ATTEMPTED- NOT KNOWN," and "UNABLE TO FORWARD." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *Rcy*
Roderick C. Young
United States District Judge

Date: July 25, 2023
Richmond, Virginia

---

[1] Plaintiff had a different address on his Complaint than on the envelope that suggests that he may have been or anticipated being released. (*See* ECF No. 1, at 1; ECF No. 1–1.) The Court mailed the Memorandum Order to the return address on the envelope.